473 A.2d 661

Donoflio, Appellant, v. Light, et al.
Petition for Allowance of Appeal
Denied June 11, 1984.

Argued May 19, 1983. James J. DeMarco, for appellant; Herbert J. Hutton, for appellees.

Before SPAETH, HESTER and BROSKY, JJ.

Order affirmed.